UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DENNIS HEYDE, ET AL.,

Plaintiffs,

v.

GEORGE OH, ET AL.,

Defendants.

Case No. 00-2098 ADM/AJB

NOTICE OF CANCELLATION

---

Whereas the Court has received a joint request from the parties to cancel the pretrial conference in the above captioned case due to pending dispositive motions, you are hereby given notice that the pretrial conference scheduled to be held on October 31, 2000, at 2:00 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been canceled.

Dated: 10/17/00

Arthur J. Boylan
U. S. Magistrate Judge

Filed OCT 17 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________